IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE RUSSELL, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROL A. JACOBY,<br><br>　　　　Defendant. | No. C 15-03678 HRL (PR)<br><br>**ORDER OF DISMISSAL** |

　　　　Plaintiff, a state prisoner proceeding pro se, filed a second amended complaint pursuant to 42 U.S.C. § 1983. (Docket No. 19.) On October 14, 2015, the Court issued an order of dismissal with leave to amend. (Docket No. 4) Plaintiff was informed that failure to file an amended complaint within the time specified would result in the dismissal of this action without prejudice and without further notice to Plaintiff. (Id. at 3.) The deadline has since passed, and Plaintiff has failed to comply. Accordingly, Plaintiff's case is DISMISSED without prejudice. The Clerk shall terminate any pending motions.

　　　　**IT IS SO ORDERED.**

DATED: 11/20/15

HOWARD R. LLOYD
United States Magistrate Judge

Order of Dismissal
P:\PRO-SE\HRL\CR.15\03678Russell_dism(am compl).wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY LEE RUSSELL,

    Plaintiff,

v.

CAROL A. JACOBY,

    Defendant.

Case No. 15-cv-03678-HRL

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on December 2, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Lee Russell ID: AR8643
Pelican Bay State Prison
P.O. BOX 7500
Crescent Bay, CA 95532-7000

Dated: December 2, 2015

Susan Y. Soong
Clerk, United States District Court

By:_____
Patty Cromwell, Deputy Clerk to the
Honorable HOWARD R. LLOYD